UNITED STATES of America,
Plaintiff–Appellee

v.

Mauricio ESPINOZA–JIMENEZ,
Defendant–Appellant

No. 16–51448
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

FILED September 11, 2017

Joseph H. Gay, Jr., U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Mauricio Espinoza–Jimenez, CI Dalby, Post, TX, pro se.

Judy Fulmer Madewell, Maureen Scott Franco, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before DAVIS, PRADO, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Mauricio Espinoza–Jimenez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Espinoza–Jimenez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. *See United States v. Pesina–Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot based on Espinoza–Jimenez's completion of his term of imprisonment, *see United States v. Heredia–Holguin*, 823 F.3d 337, 340–42 (5th Cir. 2016).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.